**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   American Overseas Maritime Corporation
   Attn: Claims Department
   100 Newport Ave. Ext
   Quincy, Massachusetts 02171-1734

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Nancy M Young
B. Date of Delivery:
C. Signature: X Nancy M Young
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   1:07CV646-MEF

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0000 2635 7029

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-14

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Military Sealift Command
   Attn: Claims Department
   100 Newport Ave. Ext
   Quincy, Massachusetts 02171-17

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Nancy M Young
   ☐ Agent
   ☐ Addressee
B. Received by (Printed Name): Nancy M Young
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   1:07CV646-MEF

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 2556 6841

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540