IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

RECEIVED
2007 SEP 18 P 1:13

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| CHARLES W. CLACKLEY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv646-MEF |
| ) | |
| UNITED STATES OF AMERICA ) | Admiralty and Maritime Claim |
| (U.S. Military Sealift Command), and ) | Under F.R.C.P. Rule 9(H) |
| AMERICAN OVERSEAS MARINE ) | |
| CORP., ) | Filed pursuant to 28 U.S.C. §1916 |
| ) | permitting seaman to file suit |
| Defendants. ) | without pre-payment of costs |

## MOTION FOR ADMISSION PRO HAC VICE

I, the undersigned, as counsel for the Defendants, The United States of America and American Overseas Marine Corporation, hereby request pursuant to Local Rule 83.1(b) that I be admitted to appear *pro hac vice* to participate, brief, argue and try the above-styled cause of behalf of Defendants. In support of this Motion, the undersigned submits herewith that I am a member in good standing of the Alabama State Bar and the United States District Court for the Southern

District of Alabama, among others (copy of Certificate of Good Standing attached hereto).

Respectfully submitted,

*Thomas S. Rue*
Thomas S. Rue (RUETH8241)
Attorney for the United States and
American Overseas Marine Corporation
P. O. Box 1988
Mobile, Alabama 36633
Telephone: (251) 441-9203
Facsimile: (251) 432-2800
E-mail: *tsr@johnstoneadams.com*

OF COUNSEL:
JOHNSTONE, ADAMS, BAILEY, GORDON & HARRIS, L.L.C.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 17th day of September, 2007 served the foregoing pleading by United States first class mail, properly addressed and postage prepaid on the following:

Ross Diamond, III, Esq.
Diamond, Hasser & Frost, LLP
P. O. Drawer 40600
Mobile, Alabama 36640-0600

*Thomas S. Rue*

359485.doc



UNITED STATES OF AMERICA } ss.
SOUTHERN DISTRICT OF ALABAMA

# Certificate of Good Standing

I, Charles R. Diard, Jr., Clerk of the United States District Court for the Southern District of Alabama DO HEREBY CERTIFY that

## Thomas S. Rue

was duly admitted to practice in said Court on January 31, 1975, and is in good standing as a member of the bar of said Court.

Dated at *Mobile, Alabama*

on September 6, 2007

Charles R. Diard, Jr.
**Clerk of Court**

By _____
Deputy Clerk

```
CORRECTED

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000487
Cashier ID: brobinso
Transaction Date: 09/18/2007
Payer Name: JOHNSTONE ADAMS
--------------------------------
PRO HOC VICE
  For: THOMAS S RUE
  Case/Party: D-ALM-A-TT-YF-EEFUND-001
  Amount:         $20.00
--------------------------------
CHECK
  Check/Money Order Num: 084626
  Amt Tendered:   $20.00
--------------------------------
Total Due:        $20.00
Total Tendered:   $20.00
Change Amt:       $0.00

107CV646-MEF  PHV FOR THOMAS S RUE
```