IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES W. CLACKLEY, JR.,           )  | |
|                                                              )  | |
|        Plaintiff,                                    )  | |
| v.                                                        )  | CASE NO. 1:07-cv-646-MEF |
|                                                              )  | |
| UNITED STATES OF AMERICA, *et al.,*  )  | |
|                                                              )  | |
|        Defendants.                               )  | |

# **ORDER**

Upon consideration of the Motion for Admission *Pro Hac Vice* (Doc. #6) filed on September 18, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 21st day of September, 2007.

                                                  /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE