IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

| | |
|---|---|
| CHARLES W. CLACKLEY, JR., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>(U.S. Military Sealift Command), and )<br>AMERICAN OVERSEAS MARINE )<br>CORP., )<br>)<br>    Defendants. ) | Civil Action No. 1:07cv646-MEF<br><br>Admiralty and Maritime Claim<br>Under F.R.C.P. Rule 9(H)<br><br>Filed pursuant to 28 U.S.C. §1916<br>permitting seaman to file suit<br>without pre-payment of costs |

**DISCLOSURE STATEMENT**
**OF**
**THE UNITED STATES OF AMERICA**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's order regarding Conflict Disclosure Statement, the undersigned counsel for The United States of America, a Defendant in the above captioned action, certifies that there are no reportable relationships or entities as no agency of the United States may be sued in this type of action.

                                                  Leura Garrett Canary
                                                  United States Attorney
                                                  Stephen R. Campbell
                                                  Senior Trial Counsel
                                                  Torts Branch, Civil Division
                                                  U.S. Department of Justice
                                                  P. O. Box 14271
                                                  Washington, D. C. 20044-4271
                                                  Telephone: (202) 616-4026
                                                  E-mail: *stephen.campbell@usdoj.gov*

                                                  Attorneys for the United States

By: /s/ Thomas S. Rue
Thomas S. Rue (RUETH8241)
Trial Attorney
Johnstone, Adams, Bailey,
   Gordon & Harris, L.L.C.
P. O. Box 1988
Mobile, Alabama 36633
Telephone: (251) 441-9203
Facsimile: (251) 432-2800
E-mail: *tsr@johnstoneadams.com*

Of Counsel to the United States

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 24th day of September, 2007 served a copy of the foregoing pleading via United States first class mail, properly addressed and postage prepaid on the following:

    Ross Diamond, III, Esq.
    Diamond, Hasser & Frost, LLP
    P. O. Drawer 40600
    Mobile, Alabama 36640-0600

/s/ Thomas S. Rue

362021.doc