IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

| | | |
|---|---|---|
| CHARLES W. CLACKLEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07cv646-MEF |
| | ) | |
| UNITED STATES OF AMERICA | ) | Admiralty and Maritime Claim |
| (U.S. Military Sealift Command), and | ) | Under F.R.C.P. Rule 9(H) |
| AMERICAN OVERSEAS MARINE | ) | |
| CORP., | ) | Filed pursuant to 28 U.S.C. §1916 |
| | ) | permitting seaman to file suit |
| Defendants. | ) | without pre-payment of costs |

**DISCLOSURE STATEMENT
PURSUANT TO
<u>RULE 7.1</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for American Overseas Marine Corporation, Defendant in the above captioned action, certifies that American Overseas Marine Corporation is a wholly owned subsidiary of General Dynamics Corporation.

_____
Thomas S. Rue (RUETH8241)
Attorney for American Overseas
    Marine Corporation
P. O. Box 1988
Mobile, Alabama  36633
Telephone:  (251) 441-9203
Facsimile:  (251) 432-2800
E-mail:  *tsr@johnstoneadams.com*

OF COUNSEL:
JOHNSTONE, ADAMS, BAILEY, GORDON & HARRIS, L.L.C.

1

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 19th day of September, 2007 served a copy of the foregoing pleading via United States first class mail, properly addressed and postage prepaid on the following:

> Ross Diamond, III, Esq.
> Diamond, Hasser & Frost, LLP
> P. O. Drawer 40600
> Mobile, Alabama  36640-0600

*[signature]*

361722.doc