IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES W. CLACKLEY, JR., | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: **1:07-cv-646-MEF** |
| | ) |
| UNITED STATES OF AMERICA | ) |
| (U. S. Military Sealift Command), and | ) |
| AMERICAN OVERSEAS MARINE | ) |
| CORP., | ) |
| | ) |
|   Defendants, | ) |

**NOTICE OF APPEARANCE**

Comes now the undersigned attorney, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and enters his appearance as an attorney of record for defendant in the above-styled case.

Respectfully submitted this 27th day of September, 2007.

                                              LEURA G. CANARY
                                              United States Attorney

                          By:   /s/Stephen M. Doyle
                                 STEPHEN M. DOYLE
                                 Chief, Civil Division
                                 Assistant United States Attorney
                                 Attorney for Defendant
                                 Post Office Box 197
                                 Montgomery, AL  36101-0197
                                 District of Columbia Bar No. 422474
                                 Telephone No.: (334) 223-7280
                                 Facsimile No.: (334) 223-7418
                                 **E-mail:  stephen.doyle@usdoj.gov**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff's attorney, Ross Diamond, III, Esquire.

    /s/Stephen M. Doyle
Assistant United States Attorney