IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES W. CLACKLEY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:07-cv-646-MEF |
| ) | |
| UNITED STATES OF AMERICA, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

It is hereby ORDERED that this case is set for a scheduling conference on October 29, 2007 at 9:00 A.M. in the Chambers of the undersigned, United States Courthouse, One Church Street, A-300, Montgomery, Alabama.

DONE this 23rd day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE