IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

| | | |
|---|---|---|
| CHARLES W. CLACKLEY, JR., | * | CIVIL ACTION NO: |
| | * | |
| Plaintiff, | * | 1: 07-cv-646 MEF |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA | * | |
| (U. S. Military Sealift Command), and | * | |
| AMERICAN OVERSEAS MARINE CORP. | * | |
| | * | |
| Defendants. | * | |
| | * | |

### JOINT MOTION TO TRANSFER CASE TO SOUTHERN DISTRICT OF ALABAMA

Come now the Plaintiff and the Defendants and stipulate the U. S. District Court is a proper forum for the prosecution of this action. The Parties show unto the Court that a transfer of this action to the Southern District would be in the interest of judicial economy and it would serve the convenience of the Parties and witnesses in this case.

WHEREFORE, the Plaintiff and the Defendants jointly move the Court to enter an order transferring this action to the U. S. District Court for the Southern District, Southern Division.

DIAMOND, HASSER & FROST, LLP
Attorneys for Plaintiff
1325 Dauphin Street
Post Office Drawer 40600
Mobile, AL 36640-0600


BY:   *s/ Ross Diamond III*
ROSS DIAMOND III   (DIAMR8302)
Alabama Bar No. ASB-8302-A55R
Telephone  (251) 432-3362
E-mail: ross@dhf-law.com



Leura Garrett Canary
United States Attorney
Stephen R. Campbell
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P. O. Box 14271
Washington, D. C.  20044-4271
Telephone:  (202) 616-4026
E-mail:  *stephen.campbell@usdoj.gov*

Attorneys for the United States


By:   *s/ Thomas S. Rue**
   Thomas S. Rue (RUETH8241)
   Trial Attorney
   Johnstone, Adams, Bailey,
      Gordon & Harris, L.L.C.
   P. O. Box 1988
   Mobile, Alabama  36633
   Telephone:  (251) 441-9203
   E-mail:  *tsr@johnstoneadams.com*
Of Counsel to the United States

        _s/ Thomas S. Rue*_
Thomas S. Rue (RUETH8241)
Attorney for American Overseas
Marine Corporation
Johnstone, Adams, Bailey,
  Gordon & Harris, L.L.C.
P. O. Box 1988
Mobile, Alabama  36633
Telephone:  (251) 441-9203
E-mail:  _tsr@johnstoneadams.com_

**\*This document filed with the consent of Mr. Rue**