IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES W. CLACKLEY, JR.,　　　　) | |
| 　　　　　　　　　　　　　　　　　) | |
| 　　　Plaintiff,　　　　　　　　　　) | |
| v.　　　　　　　　　　　　　　　　) | CASE NO. 1:07-cv-646-MEF |
| 　　　　　　　　　　　　　　　　　) | |
| UNITED STATES OF AMERICA, *et al.,*　) | |
| 　　　　　　　　　　　　　　　　　) | |
| 　　　Defendants.　　　　　　　　　) | |

## **O R D E R**

Upon consideration of the Joint Motion to Change Venue (Doc. #17) filed on October 24, 2007, it is hereby

ORDERED that the motion is GRANTED. Pursuant to 28 U.S.C. § 1404(a), the Clerk of Court is directed to transfer this case to the United States District Court for the Southern District of Alabama, Southern Division.

It is further ORDERED that the scheduling conference set for October 29, 2007 is cancelled.

DONE this 24th day of October, 2007.

　　　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE